**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 22 EAL 2015
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. : 
: 
: 
: 
SEAN GORDINE, : 
: 
Petitioner : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.